United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CLIFFORD BRODSKY,                    No. C 06-02288 CRB

12              Petitioner,               **SCHEDULING ORDER**

13        v.

14   ANTHONY P. KANE, Warden,

15              Respondent.
                                        /
16

17        On July 13, 2006, respondent filed a Motion to Dismiss Habeas Corpus Petition in lieu

18   of filing an answer on the merits of the petition pursuant to Rule 4 of the Rules Governing

19   Habeas Corpus Cases Under Section 2254.  The Court hereby ORDERS the following

20   briefing schedule:

21        1.   Petitioner may file an Opposition of 15 pages or less no later than August 18,

22             2006.

23        2.   Respondent may file a Reply of 10 pages or less no later than September 1,

24             2006.

25   //

26   //

27   //

28   //

1    Thereafter, the matter will be deemed submitted.

2    **IT IS SO ORDERED.**

3

4

5    Dated: July 24, 2006                              _____
                                                        CHARLES  R. BREYER
6                                                       UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

G:\CRBALL\2006\2288\scheduling order.wpd                2

**United States District Court**

For the Northern District of California