IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRODSKY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ANTHONY P. KANE,<br><br>　　　　Defendant.　　　　　　　　／ | No. C 06-02288 CRB<br><br>**ORDER** |

Petitioner's unopposed motion for extension of time to file a traverse is hereby GRANTED. The Court finds, however, that an extension of two weeks is appropriate, rather than three weeks. Petitioner shall file his traverse not later than Friday, May 16, 2007. No further extensions of time will be granted. In the event that Petitioner fails to file a travers by May 16, 2007, the Court will deem the petition submitted.

**IT IS SO ORDERED.**

Dated: May 8, 2007

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2288\Order 5.wpd