IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRODSKY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY P. KANE,<br><br>　　　　Defendant.　　　　　　／ | No. C 06-02288 CRB<br><br>**JUDGMENT** |

　　　Having entered an order denying the petition for writ of habeas corpus, the Court hereby enters judgment against Petitioner and in favor of Respondent.

**IT IS SO ORDERED.**

Dated: July 24, 2007

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\2288\judgment.wpd