STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 North First Street
San Jose CA 95112
(408) 292-0441

Attorneys for Petitioner,
CLIFFORD BRODSKY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CLIFFORD BRODSKY, | Case # C 06-2288 CRB |
| Petitioner, | **ORDER RE WITHDRAWAL OF COUNSEL** [Proposed] |
| -vs- | |
| ANTHONY P. KANE, Warden, | |
| Respondents. | |
| On Habeas Corpus. | |
| ARNOLD SCHWARZENEGGER, Governor, BOARD OF PAROLE HEARINGS, | |
| Real Parties in Interest. | |

On motion of attorney Steve M. Defilippis to withdraw as counsel, and good cause appearing,

IT IS HEREBY ORDERED that Steve M. Defilippis and the Law Offices of Picone & Defilippis are relieved as counsel in this matter.

Dated: September 19, 2007

_____
U.S. DISTRICT COURT JUDGE