IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRODSKY,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY P. KANE,<br><br>    Defendant._____ / | No. C 06-02288 CRB<br><br>**CERTIFICATE OF APPEALABILITY** |

The Court hereby GRANTS a certificate of appealability as to the following questions of law: (1) whether the California court's order was contrary to, or an unreasonable application of, United States Supreme Court precedent in holding that the BPT's decision to deny parole did not violate Petitioner's plea agreement, (2) whether the California court's order was contrary to, or an unreasonable application of, United States Supreme Court precedent in holding that the BPT's decision to deny parole was not a violation of his federal due process rights.

**IT IS SO ORDERED.**

Dated: September 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE